**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jennifer A. Lis<br>　　　　Debtor(s)<br><br>**MIDFIRST BANK**<br>　　　　Movant<br><br>　　　vs.<br><br>Jennifer A. Lis<br>　　　　Respondent(s) | BK NO. 20-12224 AMC<br><br>Chapter 13<br><br>Hearing Date:  06/30/20 |

## OBJECTION OF MIDFIRST BANK
## TO CONFIRMATION OF CHAPTER 13 PLAN

MIDFIRST BANK (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1.　　The claims bar date is July 14, 2020.  Secured Creditor intends to file a claim on or before the bar date with pre-petition arrears estimated at $27,345.70.

2.　　Debtor's Plan provides for payment in the amount of $24,000.00 towards the arrearage claim of the Secured Creditor.

3.　　Debtor's Plan understates the amount of the Secured Creditor's claim by $3.345.70, and does not provide sufficient funding to pay said claim including present value interest.

4.　　Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Secured Creditor.

5.　　In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Secured Creditor, MIDFIRST BANK, prays that the Court deny confirmation of the Debtor's Plan.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: June 24, 2020

　　　　　　　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant