IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | |
| Jennifer A Lis : | Chapter 13 |
| : | |
| : | Case No. 20-12224AMC |
| Debtor(s) : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 19

Dated: August 12, 2020                                    /s/ Brad J. Sadek, Esquire
                                                                              Brad J. Sadek, Esquire
                                                                              Sadek and Cooper
                                                                              1315 Walnut Street, Suite 502
                                                                              Philadelphia, PA 19107
                                                                              215-545-0008