# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-12224** |
| **Jennifer A Lis** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.** | : | Related Document # |
| | : | |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Jennifer A Lis** | : | |
| **Victoria L Gowland** | : | |
| | : | |
| **William C. Miller, Esq.** | | |
| **Respondents.** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto., its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

                                      Respectfully submitted,

                                      /s/ Sarah E. Barngrover
                                      Sarah E. Barngrover, Esquire (323972)
                                      Adam B. Hall (323867)
                                      Manley Deas Kochalski LLC
                                      P.O. Box 165028
                                      Columbus, OH  43216-5028
                                      Telephone: 614-220-5611
                                      Fax: 614-627-8181
                                      Attorneys for Creditor
                                      The case attorney for this file is Sarah E. Barngrover.
                                      Contact email is sebarngrover@manleydeas.com

21-003107_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-12224** |
| **Jennifer A Lis** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.** | : | Related Document # |
| | : | |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Jennifer A Lis** | : | |
| **Victoria L Gowland** | : | |
| | : | |
| **William C. Miller, Esq.** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Jennifer A Lis, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Jennifer A Lis, 10211 Ambridge Place, Philadelphia, PA  19114

Jennifer A Lis and Victoria L Gowland, 10211 Ambridge Place, Phila, PA  19114

/s/ Sarah E. Barngrover

21-003107_PS