UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Jennifer A. Lis | : | Chapter 13 |
| | : | No.: 20-12224-AMC |
|    Debtor(s) | : | |

### RESPONSE OF DEBTOR TO THE MOTION FOR RELIEF OF AUTOMATIC STAY FILED BY MIDFIRST BANK

Debtor, Jennifer A. Lis, by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by Midfirst Bank., hereby submits the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtor avers all payments have been made to date.

7. Debtor opposes the same.

8. Denied. Debtor requests Movant's full post-petition accounting.

9. Denied.

10. No response required.

WHEREFORE, based on the aforementioned, Movant shall be denied an Order modifying the Automatic Stay under Bankruptcy Code Section 362.

Respectfully submitted,

Dated: March 23, 2021

_____
/s/ Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek & Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
(215) 545-0008

---

CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:

**William C. Miller, Esq.**
Chapter 13 Trustee

**Rebecca A. Solarz**
Electronic Notice
Attorney for Movant

Dated: March 23, 2021

/s/Brad J. Sadek, Esq_
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107