United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12224-amc |
| Jennifer A Lis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jennifer A Lis, 10211 Ambridge Place, Philadelphia, PA 19114-1101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 06, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Jennifer A Lis brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: May 04, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | Case No.: 20-12224 |
| **Jennifer A Lis** | Chapter 13 |
| | Judge Ashely M. Chan |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.** | Date and Time of Hearing |
| | April 6, 2021 at 11:00 a.m. |
| **Movant,** | |
| vs | Place of Hearing |
| | U.S. Bankruptcy Court |
| **Jennifer A Lis** | 900 Market Street, Courtroom #4 |
| **Victoria L Gowland** | Philadelphia, PA, 19107 |
| **William C. Miller, Esq.** | Related Document # 34 |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2021, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

**Date: May 4, 2021**

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:
Sarah E. Barngrover, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105 (notified by ecf)

Brad J. Sadek, Attorney for Debtor and/or Co-Debtor, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107 (notified by ecf)

Jennifer A Lis and Victoria L Gowland, Debtor and/or Co-Debtor, 10211 Ambridge Place, Philadelphia, PA  19114 (notified by regular US Mail)