**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET SUITE– 5000**
**PHILADELPHIA, PA 19106**
[www.kmllawgroup.com](www.kmllawgroup.com)

March 15, 2022

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

RE:   **NOTICE OF DEFAULT UNDER COURT APPROVED STIPULATION**
   MIDFIRST BANK vs. Jennifer A. Lis
   Case No. 20-12224 AMC
   Last 4 Digits of Loan No. 8279

Dear Sir or Madam:

   Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice. The amount in default is itemized as follows and set forth in the attached payment history;

- Regular mortgage payments for the months of February 2022 and March 2022, in the amount of $913.01 per month;
- Less Debtor Suspense credit in the amount of $307.26;

**The total due is $1,518.76 and must be received on or before March 30, 2022**

- The monthly payment for April 2022, is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

   If you have proof that payments were made, fax that proof to our office at **215-825-6406**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

   KML Law Group, P.C.

   /s/ Rebecca A. Solarz, Esquire
   Rebecca A. Solarz Esquire
   KML Law Group P.C.
   BNY Mellon Independence Center
   701 Market Street, Suite 5000
   Philadelphia, PA 19106
   215-825-6327

cc:   Jennifer A. Lis