# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-12224-AMC

JENNIFER   A LIS

10211 AMBRIDGE PLACE

PHILADELPHIA, PA 19114

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JENNIFER   A LIS

    10211 AMBRIDGE PLACE

    PHILADELPHIA, PA 19114

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 4/19/2022

                                  /S/ Kenneth E. West
                                _____
                                Kenneth E. West, Esquire
                                Chapter 13 Standing Trustee