### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer A. Lis<br>　　　　　　　　Debtor(s)<br><br>MIDFIRST BANK<br>　　　　v.<br>Jennifer A. Lis<br>　　　and<br>Kenneth E. West Esq.<br>　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 20-12224 AMC |

### ORDER

AND NOW, this _____ day of _____, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on April 5, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 10211 Ambridge Place Philadelphia, PA 19114.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: May 2, 2022**

_____
United States Bankruptcy Judge.

cc: See attached service list

Jennifer A. Lis
10211 Ambridge Place
Philadelphia, PA 19114

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532